**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILL HENRY HARLAN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-00799-JAD-PAL

**Order Directing Response**

    This action is a *pro se* petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has paid the filing fee for this action.[1] The court has reviewed the habeas petition and now orders that it be served on respondents.

    **IT IS THEREFORE ORDERED** that the Clerk will **FILE and ELECTRONICALLY SERVE** the petition [ECF 1-1] on the respondents and **ADD** Attorney General Adam Paul Laxalt to the CM/ECF docket sheet.

    **IT IS FURTHER ORDERED** that **respondents have until December 28, 2015, to answer** or otherwise respond to the petition. In their answer or other response, respondents must address all claims presented in the petition. Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed, respondents must comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254. If an answer is filed, petitioner will have 45 days from the date of service of the answer to file a reply.

    **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents must be filed with a separate index of exhibits identifying the exhibits by number or letter. The hard copy

---

[1] ECF 3.

of all state court record exhibits must be forwarded, for this case, to the staff attorneys in the **Reno** Division of the Clerk of Court.

**IT IS FURTHER ORDERED** that, from this point forward, petitioner must serve upon the Attorney General of the State of Nevada a copy of every pleading, motion, or other document he submits to the court for consideration. Petitioner must include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Attorney General. The court may disregard any paper that does not include a certificate of service. After respondents appear in this action, petitioner must make service upon the particular Deputy Attorney General assigned to the case.

Dated this 13th day of November, 2015.

_____
Jennifer Dorsey
United States District Judge